# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Leigh Feist,                                             Civil File No. 06-2100 JRT/RLE

      Plaintiff,

vs.                                                  **ORDER FOR JUDGMENT**
                                                         **OF DISMISSAL**

Financial Consultants Company, Inc.
and John Williams,

      Defendants.

---

    Peter F Barry, **BARRY & SLADE, LLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413 for plaintiff.

    Michael A Klutho, **BASSFORD REMELE, PA**, 33 South Sixth Street Suite 3800, Minneapolis, MN 55402 for defendants.

    Based on the Stipulation of Dismissal (Docket No. 4), **IT IS HEREBY ORDERED** that the above-entitled action may be, and hereby is, dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

    **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**


DATED: August 10, 2006                               s/John R. Tunheim_____
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                          United States District Judge